

**COMMON PLEAS COURT**
**HAMILTON COUNTY, OHIO**

Denise Thurmond
211 Owen St. Ham, OH 45011

-VS-

Ford Motor Company
3000 E. Sharon Rd, Cin, OH 45241

CASE NO. A 1 9 0 5 3 5 3

Lawsuit
**TYPE OF FILING OR ENTRY**

Information Attached regarding Lawsuit

D127164907 INI

2019 NOV -8 P 2: 32
FILED
CLERK OF COURTS
HAMILTON COUNTY, OH
COMMON PLEAS

Denise Thurmond
**NAME**

513-487-0230
**PHONE NUMBER**

211 Owen St. Ham, OH 45011
**ADDRESS**

S/Civil Filing Form – No Attorney


VERIFY RECORD

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 473-2019-01579 |

**Ohio Civil Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Denise Thurmond** | | **1964** |

Street Address: **Hamilton, OH 45011**

RECEIVED AUG 15 2019

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **FORD MOTOR COMPANY** | **500 or More** | **(513) 782-7800** |

Street Address: **3000 E. SHARON ROAD, Cincinnati, OH 45241**

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: **04-15-2019** Latest: **08-14-2019**<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I have a disability. Since my employment, I have been harassed by the human resources personnel regarding my work schedule. I requested a reasonable accommodation due to my disability. However, nothing has been done to accommodate me, which I believe is in retaliation for filing an internal harassment complaint. Since filing my internal complaint and informing management that I was going to file a claim with the EEOC, on or about August 14, 2019, I was terminated.

II. Management is responsible for the above discriminatory action.

III. I believe I have been discriminated and retaliated against in violation of the Americans with Disabilities Act of 1990, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: **Aug 15, 2019** / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>473-2019-01579 |
|---|---|---|

Ohio Civil Rights Commission and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Denise Thurmond** | Home Phone *(Incl. Area Code)* | Date of Birth<br>**1964** |
|---|---|---|
| Street Address | City, State and ZIP Code<br>**Hamilton, OH 45011** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**FORD MOTOR COMPANY** | No. Employees, Members<br>**500 or more** | Phone No. *(Include Area Code)*<br>**(513) 782-7800** |
|---|---|---|
| Street Address<br>**3000 E. SHARON ROAD,** | City, State and ZIP Code<br>**Cincinnati, OH 45241** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es))*<br>☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: **04-15-2019**  Latest: **05-01-2019**<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I have a disability. Since my employment, I have been harassed by the human resources personnel regarding my work schedule. I requested a reasonable accommodation due to my disability. However, nothing has been done to accommodate me, which I believe is in retaliation for filing an internal harassment complaint.

II. Management is responsible for the above action.

III. I believe I have been discriminated against in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date            Charging Party Signature | |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Denise Thurmond<br>Hamilton, OH 45011 | From: | Cincinnati Area Office<br>John W. Peck Fed. Bldg<br>550 Main St Room 10-019<br>Cincinnati, OH 45202 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 473-2019-01579 | William D. Coleman, Investigator | (513) 914-6013 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Melanie L. Breen /MS*

**AUG 2 1 2019**

Enclosures(s)

Melanie L. Breen,
Area Office Director

*(Date Mailed)*

cc: Suzie Furton
Equal Employment Planning
FORD MOTOR COMPANY
One American Road, 123-A6 WHQ
Dearborn, MI 48126

 

D127164903 CLF

| COURT OF COMMON PLEAS<br>HAMILTON COUNTY, OHIO | CLASSIFICATION FORM<br>WWW.COURTCLERK.ORG | AFTAB PUREVAL<br>CLERK OF COURTS |
|---|---|---|

CASE NUMBER: A1905353  PLAINTIFF: _____

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER: _____ BY JUDGE _____

## PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS (please only check one):

- [ ] Other Tort – C360
- [ ] Personal Injury – C310
- [ ] Wrongful Death – C320
- [ ] Vehicle Accident – C370

- [ ] Professional Tort – A300
- [ ] Personal Injury – A310
- [ ] Wrongful Death – A320
- [ ] Legal Malpractice – A330
- [ ] Medical Malpractice – A340

- [ ] Product Liability – B350
- [ ] Personal Injury – B310
- [ ] Wrongful Death – B320

- [ ] Worker's Compensation
- [ ] Non-Compliant Employer – D410
- [ ] Appeal – D420

- [ ] Administrative Appeals – F600
- [ ] Appeal Civil Service – F610
- [ ] Appeal Motor Vehicle – F620
- [ ] Appeal Unemployment – F630
- [ ] Appeal Liquor – F640
- [ ] Appeal Taxes – F650
- [ ] Appeal Zoning – F660

- [ ] Certificate of Qualification – H600

- [x] Other Civil – H700-34
- [ ] Appropriation – H710
- [ ] Accounting – H720
- [ ] Beyond Jurisdiction – 730
- [ ] Breach of Contract – 740
- [ ] Cancel Land Contract – 750
- [ ] Change of Venue – H760
- [ ] Class Action – H770
- [ ] Convey Declared Void – H780
- [ ] Declaratory Judgment – H790
- [ ] Discharge Mechanics Lien – H800
- [ ] Dissolve Partnership – H810
- [ ] CONSUMER SALES ACT (1345 ORC) – H820
- [ ] Check here if relief includes declaratory judgment, injunction or class action recovery – H825
- [ ] Habeas Corpus – H830
- [ ] Injunction – H840
- [ ] Mandamus – H850
- [ ] On Account – H860
- [ ] Partition – H870
- [ ] Quiet Title – H880
- [ ] Replevin – H890
- [ ] Sale of Real Estate – H900
- [ ] Specific Performance – 910
- [ ] Restraining Order – H920
- [ ] Testimony – H930-21
- [ ] Environmental – H940
- [ ] Cognovit – H950
- [ ] Menacing by Stalking – H960
- [ ] ] Repo Title – Transfer of Title Only – 970
- [ ] ] Repo Title – With Money Claim – H980
- [ ] Injunction Sexual Predator – 990
- [ ] SB 10 – Termination – H690
- [ ] SB 10 – Reclassification – H697

DATE: 11-7-19    ATTORNEY (PRINT): Denise Thurmond

OHIO SUPREME COURT NUMBER: 29997

Revised 01/02/2017

THE STATE OF OHIO, HAMILTON COUNTY
COURT OF COMMON PLEAS

**Denise Thurmond**
Plaintiff

CASE No. **A1905353**

-vs-

AFFIDAVIT OF INDIGENCY

**Ford Motor Company**
Defendant

**Denise Thurmond**, the undersigned, being first duly sworn and
Name

cautioned, deposes and states as follows:

1. That he/she is the party in the above styled case;
2. That he/she is a citizen of the State of Ohio;
3. That he/she is indigent and unable to pay the costs and charges involved in the within matter;
4. That he/she is entitled to the redress that is sought in the above styled action to the best of his/her knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT

_Denise Thurmond_
Signature

SWORN TO AND SUBSCRIBED BEFORE ME, A NOTARY PUBLIC IN AND FOR THE COUNTY AND STATE THIS **8th** DAY OF **NOVEMBER**, **2019**.
Date                    Month                Year

NOTARY PUBLIC _Julie Koehne_

JULIE KOEHNE
Notary Public, State of Ohio
My Commission Expires 09-19-2021

Senate Bill 10                                                              12/06/07

*Additional Exhibit to former Complaint*

A1905353

TO WHOM IT MAY CONCERN: I WANT TO ADDRESS HOW I WAS HARASSED, DISCRIMINATED AND RETIALIATED AGAINST WHILE I WORKED AT FORD MOTOR CO. BY LABOR RELATION NICK JOHNSON AND LIZ RUNYON. WHEN I WAS IN ORIENTATION CLASS NICK WAS TEACHING DIVERSITY SEVERAL CLASS MEMBERS MENTION TO NICK ABOUT EMPLOYEES TREATING THEM DIFFERENT WHEN YOU START A NEW JOB, I PIGGY BACK ON WHAT THEY SAID NICK IMMEDIATELY TOLD THE CLASS TO GO ON BREAK AND TOLD ME WE ARE OFFLINE COME TO HIS OFFICE, HE STOOD IN MY FACE AND YELLED AT ME SAYING, DON"T EVER SAY ANYTHING WHEN HE IS TEACHING THE CLASS, I SAID WHERE IS THE OTHER CLASS MEMBERS THEY SAID SOMETHING FIRST, NICK SAID DON"T WORRY ABOUT THEM I"AM TALKING ABOUT YOU I SAID THAT"S NOT FAIR, NICK SAID DON:T SAY ANYTHING ELSE, I SAID OK YOU WANT HEAR ME SAY ANYTHING AGAIN. THE NEXT DAY IT WAS TIME TO GET THE JOB SCHEDULE LIZ COME IN AND NICK WAS STANDING AT THE BACK OF THE CLASSROOM. LIZ TOLD ME I WAS SCHEDULED FOR MIDNIGHT SHIFT, THE OTHER CLASS MEMBERS COMPLAINED ABOUT THEIR SCHEDULE LIZ SAID SHE WILL ACCOMMODATE ONE TIME ONLY A CLASS MEMBER ASKED IF SHE COULD GET A MIDNIGHT SHIFT LIZ SAID YES I HAVE TWO MIDNIGHT SHIFT DO YOU WANT ONE CLASS MEMBER SAID YES IF ITS NOT TAKING AWAY FROM DENISE LIZ SAID NO ITS NOT. LIZ LEFT THE ROOM SHORTLY LIZ COME BACK IN CLASS AND SAID DENISE YOUR GOING ON FIRST SHIFT, I SAID TO LIZ YOU SAID THAT IT WAS TWO MIDNIGHT SHIFT AVAILABLE, LIZ SAID DON'T QUESTION HER IAM GOING ON FIRST SHIFT. ANOTHER CLASS MEMBER SAID I WOULD LIKE FIRST SHIFT INSTEAD OF SECOND SHIFT, LIZ GAVE CLASS MEMBER THE FIRST SHIFT AND TOLD ME NOW IAM GOING TO SECOND SHIFT, I SAID LIZ YOU CHANGED MY SCHEDULE THREE TIMES NOT ONE TIME DID I COMPLAIN ABOUT MY INITIAL SCHEDULE LIZ I TOLD YOU I WAS SATISFIED WITH THE MIDNIGHT SHIFT, NICK JUMP IN THE CONVERSATION AND SAID COME WITH ME MS. THURMOND I WENT TO NICK OFFICE NICK STARTED YELLING AT ME AGAIN SAYING WHAT DID YOUR APPLICATION SAY, I SAID I DON'T REMEMBER IT WAS A YEAR AGO NICK REPEATED AGAIN WHAT DID YOUR APPLICATION SAY, I SAID ONCE AGAIN I DON'T REMEMBER NICK SAID YOUR TO TAKE WHAT SCHEDULE WE INITIALLY GIVE YOU, I SAID NICK THE ATTMOSPHERE WASN'T GOOD I NEED TO GO PRAY I WENT BACK TO CLASS, NICK IMMEDIATELTY COME TO THE CLASSROOM FINGERING ME TO COME BACK TO HIS OFFICE I WENT BACK AND NICK REPEATED AGAIN WHAT DID YOUR APPLICATION SAY YOUR TO ACCEPT THE SCHEDULE WE GIVE YOU IF NOT YOU CANT WORK HERE, I SAID I WAS SATISFIED WITH THE INITIAL SCHEDULE, LIZ ACCOMODATED THE OTHER CLASS MEMBERS WITHOUT ANY PROBLEM NICK SAID NO MS. THURMOND ITS ABOUT YOU, I SAID I DON'T FEEL THAT'S FAIR, NICK SAID DON'T WORRY ABOUT THEM IAM SPEAKING TO YOU MS. THURMOND AND WHAT ARE YOU GOING TO DO, I SAID WHAT DO MEAN ABOUT WHAT IAM GOING TO DO, NICK REPEATED AGAIN WHAT ARE YOU GOING TO DO, I SAID I WILL BE BACK ON MONDAY. FROM THAT DAY FORTH EVERY TIME NICK COME AROUND THE CLASS MEMBERS WOULD WARN ME WHEN EVER NICK COME AROUND I WOULD DROP MY HEAD TO AVOID ANY CONFRONTATION WITH NICK. I SPOKE WITH THE UNION ABOUT THE SCHEDULE CHANGE THEY SPOKE WITH LIZ, SAID IF DENISE WANT TO BE ACCOMODATED SHE WILL HAVE TO GO SEE A DOCTOR AND GET ACCOMODATION LETTER, LIZ SAID IF THE DOCTOR WRITE ONE SHE STILL DON'T HAVE TO ACCOMMODATE ME. I GAVE LIZ MY CHANGE OF ADDRESS FORM AND DIRECT DEPOSIT THE FIRST DAY OF CLASS, LIZ SENT MY CHECK TO THE WRONG ADDRESS SO I DIDN'T GET PAID UNTIL FOUR WEEKS LATER, LIZ SAID I DIDN'T LOOK AT YOUR CHANGE OF ADDRESS FORM. LIZ PLAYED GAMES ABOUT A FORM ERIC TOLD HER TO GIVE ME I WENT TO HER OFFICE SHE SAID WHAT FORM, I SAID YOU JUST GOT OFF THE PHONE WITH ERIC HE TOLD YOU IAM ON MY WAY TO YOUR OFFICE, I STARTED TO LEAVE LIZ CALLED ME BACK SAYING DO YOU KNOW THE NAME OF THE FORM. I WAS CALLED IN LABOR RELATION OFFICE ABOUT A 60 DAY REVIEW THEY MENTION I NEED TO GET THE PARTS CLOSED OUT



D127264032

VERIFY RECORD

IMMEDIATELY BECAUSE IT COULD BE A PROBLEM MANAGEMENT SAID THEY CAN SEE WHEN IAM ON THE COMPUTER BY MY LOG IN NUMBER AND TELL WHAT IAM DOING , I TOLD THEM I NEVER HAD A LOG IN NUMBER , THEY SAID YOU DON'T HAVE ONE , I KNOW THEY WHERE TELLING A LIE . THEY SAID I WOULD GET A LOG IN NUMBER AND PAGER AND TO COME BACK IN TWO WEEKS FOR A UPDATE , TWO WEEKS LATER THEY CANCELLED THE MEETING . THREE TIMES SAYING WHITLOCK WASN'T IN THE BUILDING TO BE APART OF THE MEETING I SEEN WHITLOCK IN THE BUILDING , ALSO THEY SAID ROBIN NEED TO BE THEIR ROBIN AND I WENT TO LABOR RELATION AND ONCE AGAIN THEY CANCELLED THE MEETING , I ASKED WHY , THEY COULDN'T GIVE ME EXPLANATION WHY. I TOLD LIZ ABOUT MY DISABILITY SERVICE ANIMAL AND I HAVE DOCTOR APPOINTMENTS, LIZ SAID WE CAN EXCUSE YOU IF YOU NEED TO GO , I GAVE THE HOSPITAL A COPY OF MY SERVICE ANIMAL . NURSE CALLED LIZ AND SAID SHE CANT BRING THE ANIMAL INSIDE THE PLANT DENISE NEED TO BE ACCOMODATED, I GOT AWOL ON NEEDING TO GET MY ANIMAL TO DAYCARE , NICK WAS ON THE PHONE TALKING AND LAUGHING TO SOMEONE ABOUT ME NICK SAID MS. THURMOND SHES HERE ABOUT HER SERVICE ANIMAL BUT MS, THURMOND DON'T KNOW SHES OUT OF HERE , SHE WONT BE WORKING HERE. LAURYN CALLED ME IN THE OFFICE ON 8/14/19 WHICH I THOUGHT IT WAS ABOUT MY REVIEW HOWEVER LAURYN SAID LABOR RELATION AND MANAGEMENT GOT TOGETHER FELT THEY NO LONGER NEED ME TO WORK HERE DUE TO UNSATISFACTORY WORK PERFORMACE , I SAID YOU NEVER HAD THE REVIEW WHATS GOING ON WITH THE REVIEW , LAURYN GOT LOUD SAYING ITS NOT GOING TO BE A REVIEW AND SHE IS ENDING THE CONVERSATION. I SAID BECAUSE I FILED A COMPLAINT ON NICK AND LIZ SO YOU ALL ARE RETIALIATING AGAINST ME . ALSO NATHAN CALLED ME IN ABOUT THE COMPLAINT I FILED HE SAID THAT HE WAS CLOSING OUT THE COMPLAINT , I ASKED NATHAN HOW WAS IT RESOLVED NATHAN SAID HE TALKED TO ALL WITNESSES AND HE WASN'T GOING TO TELL ME HOW HE RESOLVED IT . I SPOKE WITH ONE OF THE WITNESSES MENTION IN THE COMPLAINT SHE SAID NATHAN NEVER SPOKE TO HER ABOUT THE COMPLAINT . ALSO ON SHUT DOWN IN JULY CLASSMEMBERS SAID THEY RECEIVED A MASS LAYOFF PAPER TO APPLY FOR UNEMPLOYMENT WHICH THEY GOT PAID , I WASN'T GIVEN ONE UNTIL I GOT BACK TO WORK FROM SHUT DOWN I CALLED UNEMPLOYMENT THEY SAID YOUR BACK TO WORK I WOULD BE DENIED . ALSO THE SAME CONCERN ABOUT THE CLOSING OF THE PARTS , I FOUND A LOT OF OPEN PARTS FOR TWO WEEKS THAT ANOTHER EMPLOYEE HAD NOT CLOSED WHICH I MENTIONED TO MANAGEMENT AND EMPLOYEES , HOWEVER THEY SAID I WAS WRONG IF I HAD OPEN PARTS . IVE BEEN WORKING IN A HOSTILE ENVIROMENT FROM DAY ONE DISCRIMINATED AND RETIALIATED AGAINST FOR NO APPARENT REASON, I COME TO WORK ON TIME AND ALWAYS WILLING TO WORK .

                                          SINCERELY,

                                          DENISE THURMOND

 **MERCYHEALTH**   Forest Park Internal Medicine and Pediatrics

11550 Winton Road
Cincinnati, OH 45240
o: 513-924-8200
f: 513-924-8201
mercy.com

Forest Park IM & Pediatrics
11550 WINTON ROAD
FOREST PARK OH 45240
Phone: 513-924-8200
Fax: 513-924-8201

Stephen Edwin Wilson, MD

August 23, 2019

Patient: **Denise A Thurmond**
Date of Birth: **1/12/1964**
Date of Visit: **8/23/2019**

To Whom It May Concern:

Denise A Thurmond is under my care for general anxiety disorder. She was initially managed on as-needed Clonazepam and Trileptal. She stopped the Clonazepam in April 2019. She started a new job and reported being harrassed. She was subsequently dismissed from the position. After the dismissal her anxiety increased substantially (GAD7 increase from 9 to 15). This is requiring her to take additional antidepressants and anxiolytics to help with there mood and anxiety.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Stephen E. Wilson, MD, MSc, FACP, FAAP
Mercy Health Forest Park Internal Medicine-Pediatrics
11550 Winton Road
Forest Park, OH  45240

A Catholic health care ministry serving Kentucky and Ohio